DONALD ZALEWA ET AL. *v.* PLANNING COMMISSION
OF THE BOROUGH OF NAUGATUCK, ET AL.

The plaintiffs' petition for certification for appeal
from the Court of Common Pleas for the judicial
district of Waterbury is denied.

*John C. Kucej,* in support of the petition.
*Henry S. Marlor, Jr.,* in opposition.

Submitted November 16—decided November 24, 1976

STATE OF CONNECTICUT *v.* MELVIN LONG

The defendant's "Motion for Effective Assistance
of Counsel for Writ of Certiorari to the United
States Supreme Court" is dismissed.

*Melvin Long,* pro se, in support of the motion.

Submitted November 16—decided November 24, 1976

STATE OF CONNECTICUT *v.* NATHAN ARRINGTON

It appearing that the defendant in the above-
entitled case has failed to prosecute his appeal from
the Superior Court in Fairfield County with
proper diligence, it is, under Practice Book § 696,
ordered by the Supreme Court, suo motu, that the
appeal be and hereby is dismissed.

*Donald A. Browne,* state's attorney, for the
appellee (state).

No appearance for the appellant (defendant).